OCILLA SOUTHERN RAILROAD COMPANY *et al. v.* CHATHAM
BANK & TRUST COMPANY, trustee.

HINES, J. The rulings complained of in the present bill of exceptions are controlled by the decision in this case, when the same was before this court on a former occasion (*Chatham Bank & Trust Co.* v. *Ocilla South-*

*ern R. Co.,* 153 *Ga.* 37, 111 S. E. 570); and the court did not err in appointing a receiver, and in ordering the former receiver to turn over to him the property of this company.

*Judgment affirmed. All the Justices concur.*

No. 3276. JANUARY 20, 1923.

Receivership. Before Judge Eve. Irwin superior court. April 15, 1922.

*W. F. George, Wall & Grantham,* and *Quincey & Rice,* for plaintiffs in error.

*Lawton & Cunningham* and *W. E. Kay,* contra.